**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

MS. SERPENTFOOT,

        Plaintiff,

vs.

ROME CITY COMMISSION, et al,

        Defendants.

CIVIL ACTION FILE

NO. 4:09-cv-187-HLM

## AMENDED J U D G M E N T

This action having come before the court, Honorable Harold L. Murphy, United States District Judge, for consideration of defendants' Motions to Dismiss, and the court having granted said motions, by Orders dated March 3, 2010, and April 30, 2010, and by Order dated July 29, 2011, it is

**Ordered and Adjudged** that the civil action be, and the same hereby, is **dismissed**.

Dated at Rome, Georgia, this 26th day of August, 2011.

                            JAMES N. HATTEN
                            CLERK OF COURT

                        By:  <u>s/J. Acker</u>
                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
James N. Hatten
Clerk of Court

By:  <u>s/J. Acker</u>
Deputy Clerk